IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, A WASHINGTON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERKLEY ASSURANCE COMPANY, AN IOWA CORPORATION<br><br>Defendant. | Case No. 2:17-cv-00339 RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR BERKLEY ASSURANCE COMPANY TO RESPOND TO COMPLAINT |

The deadline for Defendant Berkley Assurance Company ("Berkley") to answer or otherwise respond to the complaint filed by National Frozen Foods Corporation ("NFF") is currently May 30, 2017. Berkley seeks, and NFF stipulates to, additional time up to and including June 14, 2017, to answer or otherwise respond to NFF's complaint.

///

///

///

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
Case No.: 2:17-cv-00339 RSM -1

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

40072.1 3896.41035

NFF and Berkley hereby stipulate that Berkley shall have until June 14, 2017 to answer or otherwise respond to NFF's complaint.

SO STIPULATED this May 11, 2017.

By:   /s/ Greg D. Pendleton (signed by Justin Landreth with email authorization)
    Dale L. Kingman, WSBA# 07060
    Greg D. Pendleton, WSBA# 38361
    GORDON TILDEN THOMAS & CORDELL LLP
    1001 Fourth Ave., Suite 4000
    Seattle, WA 98154
    Telephone: 206.467.6477
    Facsimile: 206.467.6292
    dkingman@gordontilden.com
    gpendleton@gordontileden.com

Attorneys for Plaintiff National Frozen Foods Corporation

By:   /s/ Justin Landreth
    Peter J. Mintzer, WSBA# 19995
    Justin Landreth, WSBA# 44849
    SELMAN BREITMAN LLP
    800 Fifth Avenue, Suite 4100
    Seattle, WA 98104
    Telephone: 206.447.6461
    Facsimile: 206.588.4185
    pmintzer@selmanlaw.com
    jlandreth@selmanlaw.com

    Jeffrey S. Weinstein
    (admitted *Pro Hac Vice*)
    Diana McMonagle
    (admitted *Pro Hac Vice*)
    MOUND COTTON WOLLAN & GREENGRASS LLP
    One New York Plaza
    New York, NY 10004
    Telephone: 212.804.4226
    jweinstein@moundcotton.com
    dmcmonagle@moundcotton.com

Attorneys for Defendant Berkley Assurance Company

## **ORDER**

IT IS SO ORDERED. Defendant Berkley Assurance Company shall have up to and including June 14, 2017, to answer or otherwise respond to the Complaint.

Dated this 12th day of May 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No.: 2:17-cv-00339 RSM - 2

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

40072.1 3896.41035