**The Honorable Ricardo S. Martinez**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, A WASHINGTON CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERKLEY ASSURANCE COMPANY, AN IOWA CORPORATION<br><br>　　　　Defendant. | Case No. 2:17-cv-00339 RSM<br><br>ORDER EXTENDING TIME TO PROVIDE INTIAL DISCLOSURES AND FILE JOINT STATUS REPORT |

Based on the stipulation of the parties and for good cause shown, the parties shall have up to and including June 28, 2017 to provide Initial Disclosures, and up to and including July 7, 2017 to file the Joint Status Report.

IT IS SO ORDERED.

Dated this 31 day of May 2017.

　　　　　　　　　　　　　　　　　　　/s/ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING TIME
Case No.: 2:17-cv-00339 RSM -1

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

40241.1 3896.41035