# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, A WASHINGTON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERKLEY ASSURANCE COMPANY, AN IOWA CORPORATION<br><br>Defendant. | Case No. 2:17-cv-00339 RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR BERKLEY ASSURANCE COMPANY TO RESPOND TO AMENDED COMPLAINT** |

The deadline for Defendant Berkley Assurance Company ("Berkley") to answer or otherwise respond to the Amended Complaint filed by National Frozen Foods Corporation ("NFF") is currently Monday, November 20, 2017. Berkley seeks, and NFF stipulates to, additional time up to and including December 4, 2017, to answer or otherwise respond to NFF's Amended Complaint.

NFF and Berkley hereby stipulate that Berkley shall have until December 4, 2017 to answer or otherwise respond to NFF's Amended Complaint.

STIP MTN & ORDER TO EXTEND TIME TO
RESPOND TO AMND COMPLAINT
Case No.: 2:17-cv-00339 RSM -1

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41277.1 3896.41035

SO STIPULATED this 17th day of November, 2017.

By:  /s/ Greg D. Pendleton (signed with permission by Justin S. Landreth)
    Dale L. Kingman, WSBA# 07060
    Greg D. Pendleton, WSBA# 38361
    Brendon Winslow-Nason, WSBA# 39328
    GORDON TILDEN THOMAS & CORDELL LLP
    1001 Fourth Avenue, Suite 4000
    Seattle, WA 98154
    Telephone: 206.467.6477
    Facsimile: 206.467.6292
    dkingman@gordontilden.com
    gpendleton@gordontilden.com

*Attorneys for Plaintiff National Frozen Foods Corporation*

By:  /s/ Justin S. Landreth
    Peter J. Mintzer, WSBA# 19995
    Justin Landreth, WSBA# 44849
    SELMAN BREITMAN LLP
    800 Fifth Avenue, Suite 4100
    Seattle, WA 98104
    Telephone: 206.447.6461
    Facsimile: 206.588.4185
    pmintzer@selmanlaw.com
    jlandreth@selmanlaw.com

    Jeffrey S. Weinstein (*pro hac vice*)
    Diana E. McMonagle (*pro hac vice*)
    MOUND COTTON WOLLAN & GREENGRASS LLP
    One New York Plaza
    New York, New York 10004
    Telephone: (212) 804-4200
    Fax:  (212) 344-8066
    jweinstein@moundcotton.com
    dmcmonagle@moundcotton.com

*Attorneys for Defendant Berkley Assurance Company, an Iowa Corporation*

## **ORDER**

IT IS SO ORDERED.  Defendant Berkley Assurance Company shall have up to and including December 4, 2017 to answer or otherwise respond to the Amended Complaint.

DATED this 27 day of November 2017.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIP MTN & ORDER TO EXTEND TIME TO RESPOND TO AMND COMPLAINT Case No.: 2:17-cv-00339 RSM - 2

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41277.1 3896.41035