UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BERKLEY ASSURANCE COMPANY, an Iowa corporation; AMWINS BROKERAGE OF ILLINOIS, a North Carolina Limited Liability Company; AMWINS BROKERAGE OF ARIZONA, a Delaware Limited Liability Company; and AMWINS GROUP LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. C17-339 RSM<br><br>STIPULATED MOTION AND ORDER AMENDING ORDER SETTING TRIAL DATE AND RELATED DATES |

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate and agree to this joint request to the Court to amend the Court's Order Setting Trial Date and Related Dates (Dkt. 35). The reasons justifying the proposed change are as follows:

- The AmWINS defendants were added as parties on November 6, 2017, and are not due to answer or otherwise respond to the First Amended Complaint until January 22,

2018. The AmWINS defendants have thus not had an opportunity to participate in discovery.

- Discovery between National Frozen Foods and Berkley Assurance Company was modestly delayed while the parties addressed terms of a protective order and while the venue issue was being litigated.

The parties conducted a discovery conference on December 12, 2017, and agreed to submit a joint request to extend existing deadlines roughly six months. The proposed deadlines are set forth in the table below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **July 30, 2018** | **February 4, 2019** |
| Length of Trial | 5 days | 5 days |
| Deadline for the AmWins Defendants to serve initial disclosures under FRCP 26(a)(1) | December 30, 2017 | January 22, 2018 |
| Deadline for joining additional parties | November 6, 2017 | May 14, 2018 |
| Deadline for amending pleadings | November 6, 2017 | May 14, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | January 31, 2018 | August 8, 2018 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | March 2, 2018 | September 10, 2018 |
| Discovery completed by | April 2, 2018 | October 8, 2018 |
| All dispositive motions must be filed by And noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 1, 2018 | November 6, 2018 |
| Mediation per LCR 39.1(c)(3) if requested by the parties, HELD NO LATER THAN | June 15, 2018 | December 21, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | July 2, 2018 | January 7, 2019 |
| Agreed pretrial order due | July 18, 2018 | January 23, 2019 |

STIPULATION AND ORDER AMENDING ORDER
SETTING TRIAL DATE AND RELATED DATES - 2
No. 2:17-cv-00339 RSM

**GORDON TILDEN THOMAS CORDELL**
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

| Event | Current Deadline | New Deadline |
|---|---|---|
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | July 25, 2018 | January 30, 2019 |

DATED this 19th day of December, 2017.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff National Frozen Foods Corp.

By   s/ *Greg D. Pendleton*
    Dale L. Kingman, WSBA #07060
    Greg D. Pendleton, WSBA #38361
    Brendan Winslow-Nason, WSBA #39328
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154-1007
    206.467.6477
    dkingman@gordontilden.com
    gpendleton@gordontilden.com
    bwinslow-nason@gordontilden.com

**SELMAN BREITMAN LLP**
Attorneys for Defendant Berkley Assurance Company

By   s/ *Peter J. Mintzer*
    Peter J. Mintzer, WSBA #19995
    Justin S. Landreth, WSBA #44849
    Selman Breitman LLP
    800 Fifth Avenue, Suite 4100
    Seattle, WA 98104
    pmintzer@selmanlaw.com
    jlandreth@selmanlaw.com

STIPULATION AND ORDER AMENDING ORDER
SETTING TRIAL DATE AND RELATED DATES - 3
No. 2:17-cv-00339 RSM

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

**MOUNT COTTON WOLLAN & GREENGRASS LLP**
Attorneys for Defendant Berkley Assurance Co.

By   s/ *Jeffrey S. Weinstein*
   Jeffrey S. Weinstein*
   Diana McMonagle*
   Mound Cotton Wollan & Greengrass LLP
   One New York Plaza, 44th Floor
   New York, NY  10004
   jweinstein@moundcotton.com
   dmcmonagle@moundcotton.com
   *Admitted Pro Hac Vice


**ANDREWS SKINNER P.S.**
Attorneys for AmWins Defendants

By   s/ *Alison L. Markette*
   Stephen G. Skinner, WSBA #17317
   Alison L. Markette, WSBA #46477
   Andrews Skinner P.S.
   645 Elliott Avenue West, Suite 350
   Seattle, WA  98119
   stephen.skinner@andrews-skinner.com
   alison.markette@andrews-skinner.com

### ORDER

IT IS SO ORDERED this 20th day of December 2017.


_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AMENDING ORDER
SETTING TRIAL DATE AND RELATED DATES - 4
No. 2:17-cv-00339 RSM

**GORDON TILDEN THOMAS CORDELL**
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007
206.467.6477