UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, a Washington corporation<br><br>Plaintiff<br><br>v.<br><br>BERKELEY ASSURANCE COMPANY, an Iowa corporation; AMWINS BROKERAGE OF ILLINOIS, a North Carolina Limited Liability Company; AMWINS BROKERAGE OF ARIZONA, a Delaware Limited Liability Company; and AMWINS GROUP LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:17-cv-00339 RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING AMENDING DEFENDANTS AMWINS BROKERAGE OF ILLINOIS, AMWINS BROKERAGE OF ARIZONA, AND AMWINS GROUP, LLC'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES** |

**STIPULATION**

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree that pursuant to Fed. R. Civ. P. 15 and LCR 15, the Defendants AmWINS Brokerage of Illinois; AmWINS Brokerage of Arizona; and AmWINS Group, LLC may amend their First Amended Answer and Affirmative Defenses in the manner reflected in the attached Proposed Second Amended Answer and Affirmative Defenses. *See* Exhibit A.

DATED this 11th day of May, 2018.

STIPULATED MOTION AND ORDER REGARDING AMENDING DEFENDANTS AMWINS BROKERAGE OF ILLINOIS, AMWINS BROKERAGE OF ARIZONA, AND AMWINS GROUP, LLC'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES - 1

**A n d r e w s ▪ S k i n n e r , P . S .**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

ANDREWS ▪ SKINNER, P.S.

By *s/ Stephen G. Skinner*
Stephen G. Skinner, WSBA #17317
Alison L. Markette, WSBA # 46477
645 Elliott Ave. W., Suite 350, Seattle, WA 98119
206-223-9248 | Fax: 206-623-9050
stephen.skinner@andrews-skinner.com,
alison.markette@andrews-skinner.com
Attorneys for Defendants AMWINS Brokerage of Illinois, AMWINS Brokerage of Arizona, and AMWINS Group LLC

.

GORDON TILDEN THOMAS & CORDELL LLP

By *s/ Greg D. Pendleton*
Dale L. Kingman, WSBA #07060
Greg D. Pendleton, WSBA #38361
Brendan Winslow-Nason, WSBA #39328
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154-1007
206.467.6477
dkingman@gordontilden.com
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com
Attorneys for Plaintiff National Frozen Foods Corp.

SELMAN BREITMAN LLP

By *s/ Justin S. Landreth*
Peter J. Mintzer, WSBA #19995
Justin S. Landreth, WSBA #44849
Selman Breitman LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104

STIPULATED MOTION AND ORDER REGARDING AMENDING DEFENDANTS AMWINS BROKERAGE OF ILLINOIS, AMWINS BROKERAGE OF ARIZONA, AND AMWINS GROUP, LLC'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES - 2

pmintzer@selmanlaw.com
jlandreth@selmanlaw.com
Attorneys for Defendant Berkley Assurance Company

MOUNT COTTON WOLLAN & GREENGRASS LLP
Attorneys for Defendant Berkley Assurance Co.

By   *s/ Diana McMonagle*
Jeffrey S. Weinstein*
Diana McMonagle*
Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Floor
New York, NY 10004
jweinstein@moundcotton.com
dmcmonagle@moundcotton.com
*Admitted Pro Hac Vice
Attorneys for Defendant Berkley Assurance Co.

**ORDER**

IT IS HEREBY ORDERED that the Defendants AmWINS Brokerage of Illinois; AmWINS Brokerage of Arizona; and AmWINS Group, LLC may amend their First Amended Answer and Affirmative Defenses in the manner reflected in the attached Proposed Second Amended Answer and Affirmative Defenses. *See* Exhibit A.

DATED: May 16, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER REGARDING AMENDING DEFENDANTS AMWINS BROKERAGE OF ILLINOIS, AMWINS BROKERAGE OF ARIZONA, AND AMWINS GROUP, LLC'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES - 3

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050