UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, a Washington corporation<br><br>Plaintiff<br><br>v.<br><br>BERKELEY ASSURANCE COMPANY, an Iowa corporation; AMWINS BROKERAGE OF ILLINOIS, a North Carolina Limited Liability Company; AMWINS BROKERAGE OF ARIZONA, a Delaware Limited Liability Company; and AMWINS GROUP LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:17-cv-00339 RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING AMENDING CASE SCHEDULING DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY UNDER FED. R. CIV. P. 26(a)(2)** |

**STIPULATION**

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree to this joint request to the Court to extend the deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2). The parties request the extension because:

- The current deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) is August 8, 2018. Dkt. No. 53 at 2.

STIPULATED MOTION AND ORDER REGARDING AMENDING CASE SCHEDULING DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY UNDER FED. R. CIV. P. 26(a)(2) - 1

**A n d r e w s ▪ S k i n n e r , P . S .**
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

- The parties have coordinated to note and depose both non-party witnesses and the parties themselves between the weeks of June 11, 2018 to July 25, 2018.
- The parties request the deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) be extended by two weeks to August 22, 2018. The extension enables the parties to complete the upcoming depositions and provides the parties' experts sufficient time to prepare their opinions.

On May 11, 2018, the parties conducted a telephonic conference to discuss the upcoming depositions and agreed to submit a joint request to extend the existing deadline for the disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) to August 22, 2018.

DATED this 18th day of May, 2018.

ANDREWS ▪ SKINNER, P.S.

By *s/ Stephen G. Skinner*
Stephen G. Skinner, WSBA #17317
Alison L. Markette, WSBA # 46477
645 Elliott Ave. W., Suite 350, Seattle, WA 98119
206-223-9248 | Fax: 206-623-9050
stephen.skinner@andrews-skinner.com,
alison.markette@andrews-skinner.com
Attorneys for Defendants AMWINS Brokerage of Illinois, AMWINS Brokerage of Arizona, and AMWINS Group LLC

STIPULATED MOTION AND ORDER REGARDING AMENDING CASE SCHEDULING DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY UNDER FED. R. CIV. P. 26(a)(2) - 2

**A n d r e w s ▪ S k i n n e r ,  P . S .**
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

GORDON TILDEN THOMAS & CORDELL LLP

By  *Brendan Winslow-Nason*
   Dale L. Kingman, WSBA #07060
   Greg D. Pendleton, WSBA #38361
   Brendan Winslow-Nason, WSBA #39328
   1001 Fourth Avenue, Suite 4000
   Seattle, Washington 98154-1007
   206.467.6477
   dkingman@gordontilden.com
   gpendleton@gordontilden.com
   bwinslow-nason@gordontilden.com
   Attorneys for Plaintiff National Frozen Foods Corp.

SELMAN BREITMAN LLP

By  *Justin S. Landreth*
   Peter J. Mintzer, WSBA #19995
   Justin S. Landreth, WSBA #44849
   Selman Breitman LLP
   800 Fifth Avenue, Suite 4100
   Seattle, WA  98104
   pmintzer@selmanlaw.com
   jlandreth@selmanlaw.com
   Attorneys for Defendant Berkley Assurance Company

MOUNT COTTON WOLLAN & GREENGRASS LLP

By  *Diana McMonagle*                    .
   Jeffrey S. Weinstein*
   Diana McMonagle*
   Mound Cotton Wollan & Greengrass LLP
   One New York Plaza, 44th Floor
   New York, NY  10004
   jweinstein@moundcotton.com
   dmcmonagle@moundcotton.com
   *Admitted Pro Hac Vice

STIPULATED MOTION AND ORDER REGARDING AMENDING CASE SCHEDULING DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY UNDER FED. R. CIV. P. 26(a)(2) - 3

**A n d r e w s ▪ S k i n n e r , P.S.**
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

Attorneys for Defendant Berkley Assurance Co.

# ORDER

IT IS HEREBY ORDERED the deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) is extended to August 22, 2018.

DATED: May 21, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER REGARDING AMENDING CASE SCHEDULING DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY UNDER FED. R. CIV. P. 26(a)(2) - 4

**Andrews▪Skinner, P.S.**
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050