UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BERKLEY ASSURANCE COMPANY, an Iowa corporation; AMWINS BROKERAGE OF ILLINOIS, a North Carolina Limited Liability Company; AMWINS BROKERAGE OF ARIZONA, a Delaware Limited Liability Company; and AMWINS GROUP LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:17-cv-00339 RSM<br><br>STIPULATED MOTION AND ORDER AMENDING DISCOVERY DEADLINES |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate and agree to this joint request to the Court to amend certain discovery deadlines contained in the Order Amending Order Setting Trial Date and Related Dates (Dkt. 53). The reasons justifying the proposed amendment are as follows:

- Severe weather on the East Coast forced the cancellation of the 30(b)(6) and individual depositions of Berkley Assurance Corporation that were scheduled to take

STIPULATION AND ORDER AMENDING DISCOVERY
DEADLINES - 1
No. 2:17-cv-00339 RSM

**GORDON TILDEN THOMAS CORDELL**
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

place in New York the week of July 16.  The earliest dates that these depositions can be rescheduled is for the week of September 3, which is after the current expert disclosure / report deadline; and

- Scheduling issues have arisen with several other fact witness depositions that necessitate an amendment to the current case schedule in order to allow sufficient time to complete expert discovery.

The parties therefore stipulate and agree that the case schedule deadlines should be amended as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | August 8, 2018 [Moved to August 22, 2018 pursuant to prior stipulation] | September 19, 2018 |
| Discovery Motions | September 10, 2018 | October 3, 2018 |
| Expert Rebuttal Reports | September 21, 2018[1] | October 10, 2018 |
| Discovery Completed By | October 8, 2018 | October 29, 2018 |

All other case schedule deadlines will remain the same.

---

[1] The prior case schedule did not have a rebuttal report deadline.  The Federal Rules provide 30 days to disclose rebuttal reports. The parties have stipulated to a shorter deadline for rebuttal reports than what is provided under the Federal Rules, and therefore ask that this is reflected in the amended case schedule.

STIPULATION AND ORDER AMENDING DISCOVERY DEADLINES - 2
No. 2:17-cv-00339 RSM

**GORDON TILDEN THOMAS CORDELL**
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

DATED this 20th day of July, 2018.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff National Frozen Foods Corp.

By  s/ *Brendan Winslow-Nason*
    Dale L. Kingman, WSBA #07060
    Greg D. Pendleton, WSBA #38361
    Brendan Winslow-Nason, WSBA #39328
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154-1007
    206.467.6477
    dkingman@gordontilden.com
    gpendleton@gordontilden.com
    bwinslow-nason@gordontilden.com

**SELMAN BREITMAN LLP**
Attorneys for Defendant Berkley Assurance Company

By  s/ *Justin S. Landreth*
    Peter J. Mintzer, WSBA #19995
    Justin S. Landreth, WSBA #44849
    800 Fifth Avenue, Suite 4100
    Seattle, WA  98104
    pmintzer@selmanlaw.com
    jlandreth@selmanlaw.com

**MOUND COTTON WOLLAN & GREENGRASS LLP**
Attorneys for Defendant Berkley Assurance Co.

By  s/ *Jeffrey S. Weinstein*
    Jeffrey S. Weinstein*
    Diana McMonagle*
    One New York Plaza, 44th Floor
    New York, NY  10004
    jweinstein@moundcotton.com
    dmcmonagle@moundcotton.com
    *Admitted Pro Hac Vice

STIPULATION AND ORDER AMENDING DISCOVERY
DEADLINES - 3
No. 2:17-cv-00339 RSM

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007
206.467.6477

**ANDREWS SKINNER P.S.**
Attorneys for AmWins Defendants

By   s/ *Alison L. Markette*
   Stephen G. Skinner, WSBA #17317
   Alison L. Markette, WSBA #46477
   645 Elliott Avenue West, Suite 350
   Seattle, WA  98119
   stephen.skinner@andrews-skinner.com
   alison.markette@andrews-skinner.com

### ORDER

The Court has considered the foregoing stipulation of the parties.  It is ORDERED that the case schedule deadlines be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | August 8, 2018 [Moved to August 22, 2018 pursuant to prior stipulation] | September 19, 2018 |
| Discovery Motions | September 10, 2018 | October 3, 2018 |
| Expert Rebuttal Reports | September 21, 2018 | October 10, 2018 |
| Discovery Completed By | October 8, 2018 | October 29, 2018 |

All other case schedule deadlines will remain the same.

IT IS SO ORDERED.

DATED: July 23, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AMENDING DISCOVERY DEADLINES - 4
No. 2:17-cv-00339 RSM

**GORDON TILDEN THOMAS CORDELL**
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007
206.467.6477