UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, A WASHINGTON CORPORATION,, <br><br> Plaintiff, <br><br> V. <br><br> BERKLEY ASSURANCE COMPANY, an Iowa Corporation, <br><br> Defendant. | Case No. C17-339RSM <br><br> ORDER GRANTING MOTION FOR RELIEF FROM EXPERT DISCLOSURE DEADLINE |

This matter comes before the Court on Defendant Berkley Assurance Company ("Berkley")'s Motion for Relief from Expert Disclosure Deadline. Dkt. #93. Given the recent change in Berkley's lead counsel, the Court finds that it has set forth sufficient good cause for the short extension they are seeking of the most pressing case deadline to disclose expert witnesses.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant Berkley's Motion for Relief from Expert Disclosure Deadline, Dkt. #93, is GRANTED. Berkley and all other parties shall be relieved from the

ORDER GRANTING MOTION FOR RELIEF FROM EXPERT DISCLOSURE DEADLINE - 1

September 19, 2018, Deadline to Exchange Expert Reports until the Court rules on Berkley's Motion to Continue Trial Date and Amend Case Schedule, Dkt. #91.

DATED this 17 day of September, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR RELIEF FROM EXPERT DISCLOSURE DEADLINE - 2